| | | |
|---|---|---|
| JOSEPH A. MASSOOD<br>ANDREW R. BRONSNICK °* | **MASSOOD & BRONSNICK, LLC**<br>COUNSELLORS AT LAW | KEVIN J. SAVAGE +<br>BRENDAN H. MORRIS ^<br>ALLISON T. KURTZ<br>DANIELLE L. VERGA ^ |
| °Certified by the Supreme Court of<br>  New Jersey as a Civil Trial Attorney | 50 PACKANACK LAKE ROAD EAST<br>Wayne, New Jersey 07470-6663<br>(973) 696-1900<br>Fax (973) 696-4211 | PARALEGALS<br>ELIZABETH BABITSCH<br>DARA K. SIERRA |
| *NJ, NY, DC and MD Bars<br>^ NJ and NY Bars<br>+ NJ, NY, DC and WA Bars | Email: ABRONSNICK@MASSOODLAW.COM | |

January 15, 2013

**<u>Via ECF</u>**
Honorable Mark Falk, USMJ
United States District Court
District of New Jersey
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *Dr. Marc Cohen a/s/o J.C. v. Aetna; et al.*
              *Civil Action No.: 2:12-cv-05458-SDW-MCA*

Dear Judge Falk:

      Please be advised the parties have resolved the above-referenced case. With consent of my adversary, we respectfully request entry of a sixty (60) day order dismissing the case without prejudice in light of the proposed settlement.

      Thank you for your consideration of this matter.

                              Respectfully,

                              ANDREW BRONSNICK, ESQ.

cc: Patricia A. Lee, Esq. (Via ECF)