```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
DR. MARC COHEN a/s/o JOSE
CARGUA,

         Plaintiffs,              2:12-cv-5458WJM

v.
                                  ORDER OF DISMISSAL
AETNA, COSTCO WHOLESALE CORP.,
et al,

         Defendants.
-----------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 16th day of January, 2013

ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                              s/William J. Martini
                               _____
                              WILLIAM J. MARTINI, U.S.D.J.